950 A.2d 901

GARY R. DEL PIANO, PLAINTIFF–APPELLANT, v. MERRILL, LYNCH, PIERCE, FENNER, & SMITH, INC., DEFENDANT–RESPONDENT, AND HENRY BLODGET, EDWARD MCCABE AND THOMAS BISHOP, DEFENDANTS.

October 6, 2005.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

950 A.2d 901

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ALLEN H. MILLER, DEFENDANT–RESPONDENT.

April 18, 2008.

It is ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for consideration and disposition of the appeal of an accelerated schedule; and it is further

ORDERED that the proceedings in the Superior Court, Law Division, are stayed pending disposition of the appeal.